

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2021

No. 04-21-00287-CV

**IN THE INTEREST OF L.I.C.S., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01026
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The appellee's motion for an extension of time to file its brief is GRANTED. The appellee's brief is due on or before **November 29, 2021**; however, **no further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court